**John R. MILLS, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. 57455.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 4, 1990.

Steven E. Jordon, Farmington, J. Bryan Allee, Columbia, for appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen, Jefferson City, for respondent.

ORDER

PER CURIAM.

This is an appeal from the denial of a Rule 27.26 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

---

The judgment is affirmed in accordance with Rule 84.16(b).